**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7295**

BILLY LEE LISENBY, JR., a/k/a Malik Al-Shabazz,

       Plaintiff - Appellant,

    v.

RANDALL LEAR, Chief of Police; KENNETH LEAR, Sergeant; JEFF
D. OUTLAW, PFC,

       Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  David C. Norton, District Judge.
(5:09-cv-00410-DCN)

Submitted:  March 25, 2014      Decided:  March 28, 2014

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Lee Lisenby, Jr., Appellant Pro Se.  Justin Tyler Bagwell,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Lee Lisenby, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Lisenby's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lisenby v. Lear, No. 5:09-cv-00410-DCN (D.S.C. July 16, 2013). We further deny Lisenby's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED